**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GARY W. WINTERS | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:25-cv-01314-LLA |
| | ) | |
| DEPARTMENT OF THE ARMY | ) | |
| | ) | |
| *Defendant.* | ) | |

## AFFIDAVIT OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l)(1), I certify that a copy of the Complaint and Summons in this action was served by certified mail onto the United States Attorney for the District of Columbia, at 601 D Street NW, Washington, DC, 20004 on June 12, 2025. Please see the attached exhibit.

Dated July 11, 2025.                                     Respectfully submitted,

/s/*David P. Sheldon*
David P. Sheldon
DC Bar #4346039
Law Offices of David P. Sheldon, P.L.L.C.
100 M Street, S.E., Suite 600
Washington, DC  20003
Tel: 202.546.9575
Fax: 202.546.0135

*Attorney for Plaintiff*